UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| **RENELDA LOTT & HARRY LOTT, JR.** | * | CIVIL ACTION |
| | * | |
| **VERSUS** | * | NO. |
| | * | |
| **CAESARS ENTERTAINMENT** | * | SECTION |
| **CORPORATION, ET AL** | * | |
| | * | MAGISTRATE |

\* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \*

## COMPLAINT

**NOW INTO COURT**, through undersigned counsel, come plaintiffs, Renelda Lott and Harry Lott, Jr., persons of the full age of majority and residents of the State of Mississippi, who for a cause of action do state as follows:

I.

Defendants, **Caesars Entertainment Corporation,** and/or **Harrah's Jazz Company,** are companies domiciled in a state other than the State of Mississippi and are doing business in this judicial district, and were at all times pertinent hereto the owners and/or operators and/or managers of the Harrah's Hotel on Poydras Street in New Orleans, Louisiana.

II.

Alternatively, Defendants, **JCC Fulton Development, LLC,** and/or **JCC Canal Development, LLC**, and/or **JCC Development Company, LLC,** and/or **Jazz Casino Company, LLC.,** are Louisiana Companies, licensed to do and doing business in this judicial district, and/or were at all times pertinent hereto the owners and/or operators and/or managers of the Harrah's Hotel on Poydras Street in New Orleans, Louisiana.

### III.

Alternatively, Defendants, **JCC Holding Company,** and/or **JCC Holding Company II, LLC,** and/or **Harrah's New Orleans Investment Company,** and/or **Harrah's Operating Company, Inc.,** and/or **Caesars Entertainment Operating Company, Inc.,** and/or **Caesars Entertainment, Inc.,** are foreign companies, licensed to do and doing business in this judicial district, and/or were at all times pertinent hereto the owners and/or operators and/or managers of the Harrah's Hotel on Poydras Street in New Orleans, Louisiana.

### IV.

On or about October 22, 2010 or October 23, 2010, plaintiff, Renelda Lott, while a patron at the New Orleans Harrah's Hotel, slipped and fell in the hotel on a wet bathroom floor and suffered severe and excruciating injuries.

### V.

The above described accident caused by or contributed to, the negligence and/or fault of defendants, **Caesars Entertainment Corporation,** and/or **Harrah's Jazz Company, and/or**, **JCC Fulton Development, LLC,** and/or **JCC Canal Development, LLC**, and/or **JCC Development Company, LLC,** and/or **Jazz Casino Company, LLC.,** and/or **JCC Holding Company,** and/or **JCC Holding Company II, LLC,** and/or **Harrah's New Orleans Investment Company,** and/or **Harrah's Operating Company, Inc.,** and/or **Caesars Entertainment Operating Company, Inc.,** and/or **Caesars Entertainment, Inc.,** and/or one or some of the above named defendants.

### VI.

As a result of the above described accident, plaintiff, Renelda Lott, has suffered a loss of income, medical expenses, severely painful and disabling injuries, loss of enjoyment of life and other damages, in an amount to be determined in this proceeding.

## VII.

As a result of the above described accident, plaintiff, Harry Lott, Jr., husband of Renelda Lott, has suffered a loss of consortium as a result of the injuries to his wife, Renelda Lott.

## VIII.

This Court has jurisdiction over this matter pursuant to 28 U.S.C. ¶1332 whereas there is complete diversity of the parties and an amount in controversy exceeding $75,000.

## IX.

Plaintiffs, Renelda Lott and Harry Lott, Jr., seek all compensatory damages which will sufficiently compensate them for the damages and the injuries sustained, together with legal interest thereon from the date of judicial demand until paid, and for all costs of these proceedings.

## X.

Plaintiffs request trial by jury.

**WHEREFORE**, plaintiffs pray that after due proceedings had, there be judgment rendered herein in their favor and against defendants, or against some of defendants in an amount sufficient to compensate them for the damages set forth herein, for all cost of these proceedings, for interest from the date of judicial demand until paid, and for any and all other relief to which he is entitled.  Plaintiffs further pray for trial by jury.

Respectfully submitted:

/s/ Frank E. Lamothe, III
FRANK E. LAMOTHE, III, T.A. (#7945)
WM. DAVID COFFEY (#24056)
**LAMOTHE LEA AERTKER, LLC**
724 E. Boston Street
Covington, Louisiana 70433
Telephone:  (985) 249-6800
Facsimile:  (985) 249-6006
felamothe@llajustice.com
dcoffey@llajustice.com

*Attorneys for Plaintiffs, Renelda Lott and Harry Lott, Jr.*